UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BOOK HILL CREDIT
OPPORTUNITY FUND II, LLC,

      Plaintiff,

Case No. 23-cv-11600
Hon. Matthew F. Leitman

v.

FL MI RE 1, LLC, et al.,

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 24, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 24, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126